**IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF  MISSISSIPPI SOUTHERN DIVISION**

**BENNETT RIMMER**                                                                          **PLAINTIFF**

**V.**                                                                              **Civil Action No.:** _1:23cv198TBM-RPM_

**HANCOCK COUNTY, MISSISSIPPI;
KODIE KOENNEN and
JOHN DOE BUSINESS 1-5**                                                             **DEFENDANTS**

### NOTICE OF REMOVAL

Comes now, Hancock County, Mississippi, by and through counsel, and files its

Notice of Removal of this civil action from the Circuit Court of Hancock County,

Mississippi, to the United States District Court for the Southern District of Mississippi,

Southern Division. In support of the same, Hancock County, Mississippi, would show

unto the Court as follows:

1.       Hancock County, Mississippi, is a defendant in a lawsuit filed on July 10,

2023, styled *Bennett Rimmer v. Hancock County, Mississippi; Kodie Koennen and John Doe

Business 1-5*, in the Circuit Court of Hancock County, Mississippi, Cause No.: 23-0111.  *See*

*Complaint*, attached hereto as **Exhibit A** and incorporated herein by reference.

2.       Hancock County, Mississippi, was served with process on July 17, 2023,

thus the time to answer or remove the matter has not yet expired.

3.       Plaintiff's Complaint alleges federal claims under 42 U.S.C. § 1983 for

violations of the U.S. Constitution. *Id.*  at ¶ 2, 8.

4. Hancock County, Mississippi, hereby removes this case pursuant to 28 U.S.C. § 1331 as this Court has original jurisdiction over federal questions such as those alleged by the Plaintiffs under the United States Constitution. See also, 28 U.S.C. § 1446(b).

5. The United States District Court for the Southern District of Mississippi, Southern Division has jurisdiction over this matter and is the proper venue for this action as the events allegedly giving rise to the suit occurred in Hancock County, Mississippi, and the Plaintiff's Complaint was filed in the Circuit Court of the Hancock County, Mississippi.

6. Hancock County, Mississippi, would affirmatively aver the other named defendant in this matter — Kodie Koennen — consents to this removal. Upon the County's filing of this Notice of Removal and the clerk establishing a cause number for the same, Defendant Koennen will timely file a consent to removal.

WHEREFORE PREMISES CONSIDERED, Hancock County, Mississippi, prays that this Court accepts this Notice of Removal, and further prays for any other appropriate relief that this Court deems proper.

**DATE:       August 11, 2023.**

Respectfully submitted,

**HANCOCK COUNTY, MISSISSIPPI**

BY:     /s/*William R. Allen*
One of Its Attorneys

WILLIAM R. ALLEN (MSB # 100541)
KEVIN J. WHITE (MSB #101619)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS  39602-0751
Tel. 601-833-4361
Fax 601-833-6647
Email:  wallen@aabalegal.com
Email:  kwhite@aabalegal.com

## **CERTIFICATE**

I, the undersigned of Allen, Allen, Breeland & Allen, PLLC, hereby certify that on

this day, I electronically filed the foregoing Notice of Removal with the Clerk of the Court

via the ECF system which gave notification of the same to the following:

>    Daniel M. Waide, Esq.
>    JOHNSON, RATLIFF & WAIDE, PLLC
>    1300 Hardy Street
>    P. O. Box 17738
>    Hattiesburg, MS  39440
>    dwaide@jhrlaw.net
>        *Attorney for Plaintiff*

This the 11th day of August, 2023.

>                    */s/William R. Allen*
>                    OF COUNSEL