SERIAL: 6074275

**IN THE YOUTH COURT OF HANCOCK COUNTY, MISSISSIPPI**

ORDER RELIEVING
YOUTH COURT FAMILY REPRESENTATIVE

There having come on for consideration the matter of the termination of Bennett Rimmer, Youth Court Family Representative for the Youth Court in Hancock County, and the Court, having considered the circumstances, does hereby order that Bennett Rimmer is hereby terminated as Youth Court Family Representative for Hancock County Youth Court effective April 19, 2023.

**SO ORDERED AND ADJUDGED** this the 19th day of April, 2023.

DIGITAL SIGNATURE CERTIFICATION
User: TRENTFAVRE Sig Serial: 1494720
Org: HANCOCK COUNTY YOUTH COURT
Date/Time: 04/20/2023 @ 11:17:23 am
Location: 69.85.192.162:45640
Reason: Authorize attachment order

SAMUEL TRENT FAVRE, JUDGE